1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  SUSAN K. SMITH, State Bar No. 231575
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
5   Telephone: (213) 897-2105
    Fax: (213) 897-1071
6   E-mail: Susan.Smith@doj.ca.gov
   *Attorneys for Defendants*
7  *Attorney General Kamala D. Harris and*
   *Chief of the Firearms Bureau Stephen*
8  *Lindley in Their Official Capacities*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  **BARRY BAUER, STEPHEN**          1:11-cv-1440-LJO-MJS
    **WARKENTIN, NICOLE FERRY,**
15  **LELAND ADLEY, JEFFREY**         **ANSWER TO THE FIRST**
    **HACKER, NATIONAL RIFLE**        **AMENDED COMPLAINT BY**
16  **ASSOCIATION OF AMERICA,**       **DEFENDANTS ATTORNEY**
    **INC., CALIFORNIA RIFLE PISTOL** **GENERAL KAMALA D. HARRIS**
17  **ASSOCIATION FOUNDATION,**       **AND BUREAU OF FIREARMS**
    **HERB BAUER SPORTING GOODS,**    **CHIEF STEPHEN LINDLEY**
18  **INC.,**

19                  Plaintiffs,

20        v.                          Judge        Hon. Lawrence J. O'Neill
                                      Trial Date   None
21  **KAMALA HARRIS, in Her Official**  Action Filed: August 25, 2011
    **Capacity as Attorney General For the**
22  **State of California; STEPHEN**
    **LINDLEY, in His Official Capacity**
23  **as Acting Chief for the California**
    **21 Department of Justice, and DOES**
24  **1-10,**
                    Defendants.
25

26       Defendants Attorney General Kamala D. Harris and Bureau of Firearms

27  Chief Stephen Lindley (defendants) answer plaintiffs' First Amended Complaint

28  for Declaratory and Injunctive Relief as follows:

                                      1

1.   Defendants deny the allegations in paragraph 1.

2.   Defendants deny the allegations in paragraph 2.

3.   Defendants admit that the California Penal Code specifies certain fees be paid when purchasing a firearm.  Except as specifically admitted, the defendants deny the allegations in paragraph 3.

4.   Defendants deny the allegations in paragraph 4.

5.   Defendants admit that state law speaks for itself.  Except as specifically admitted, the defendants deny the allegations in paragraph 5.

6.   Defendants admit that state law speaks for itself.  Except as specifically admitted, the defendants deny the allegations in paragraph 6.

7.   Defendants admit that state law speaks for itself.  Except as specifically admitted, the defendants deny the allegations in paragraph 7.

8.   Defendants admit that state law speaks for itself.  Except as specifically admitted, the defendants deny the allegations in paragraph 8.

9.   Defendants deny the allegations in paragraph 9.

10.   Defendants deny the allegations in paragraph 10.

11.   Defendants deny the allegations in paragraph 11.

12.   Defendants deny the allegations in paragraph 12.

13.   Defendants admit that state law speaks for itself.  Except as specifically admitted, the defendants deny the allegations in paragraph 13.

14.   Defendants deny the allegations in paragraph 14.

15.   Defendants deny the allegations in paragraph 15.

16.   Defendants deny the allegations in paragraph 16.

17.   Defendants admit that United States law speaks for itself.  Except as specifically admitted, defendants deny the allegations of paragraph 17.

18.   Defendants deny the allegations in paragraph 18.

19.   Defendants admit that United States law speaks for itself.  Defendants admit that venue is proper in this District.  Except as specifically admitted,

2

1   defendants deny the allegations of paragraph 19.

2        20.    Defendants lack sufficient knowledge or information to form a belief

3   as to the truth of the allegations in paragraph 20, and on that basis deny the

4   allegations of paragraph 20.

5        21.    Defendants lack sufficient knowledge or information to form a belief

6   as to the truth of the allegations in paragraph 21, and on that basis deny the

7   allegations of paragraph 21.

8        22.    Defendants lack sufficient knowledge or information to form a belief

9   as to the truth of the allegations in paragraph 22, and on that basis deny the

10  allegations of paragraph 22.

11       23.    Defendants lack sufficient knowledge or information to form a belief

12  as to the truth of the allegations in paragraph 23, and on that basis deny the

13  allegations of paragraph 23.

14       24.    Defendants lack sufficient knowledge or information to form a belief

15  as to the truth of the allegations in paragraph 24, and on that basis deny the

16  allegations of paragraph 24.

17       25.    Defendants lack sufficient knowledge or information to form a belief

18  as to the truth of the allegations in paragraph 25, and on that basis deny the

19  allegations of paragraph 25.

20       26.    Defendants lack sufficient knowledge or information to form a belief

21  as to the truth of the allegations in paragraph 26, and on that basis deny the

22  allegations of paragraph 26.

23       27.    Defendants lack sufficient knowledge or information to form a belief

24  as to the truth of the allegations in paragraph 27, and on that basis deny the

25  allegations of paragraph 27.

26       28.    Defendants lack sufficient knowledge or information to form a belief

27  as to the truth of the allegations in paragraph 28, and on that basis deny the

28  allegations of paragraph 28.

3

1    29.    Defendants lack sufficient knowledge or information to form a belief
2    as to the truth of the allegations in paragraph 29, and on that basis deny the
3    allegations of paragraph 29.

4    30.    Defendants lack sufficient knowledge or information to form a belief
5    as to the truth of the allegations in paragraph 30, and on that basis deny the
6    allegations of paragraph 30.

7    31.    Defendants lack sufficient knowledge or information to form a belief
8    as to the truth of the allegations in paragraph 31, and on that basis deny the
9    allegations of paragraph 31.

10    32.    Defendants admit that Kamala D. Harris is the Attorney General of the
11    State of California and that state law speaks for itself.  Except as specifically
12    admitted, defendants deny the allegations in paragraph 32.

13    33.    Defendants admit that Stephen Lindley is the Chief of the Bureau of
14    Firearms within the Department of Justice and that state law speaks for itself.
15    Except as specifically admitted, defendants deny the allegations in paragraph 33.

16    34.    Defendants admit that state law speaks for itself.  Defendants admit
17    that they perform all required duties pursuant to the California Penal Code.  Except
18    as specifically admitted, defendants deny the allegations in paragraph 34.

19    35.    Defendants lack sufficient knowledge or information to form a belief
20    as to the truth of the allegations in paragraph 35, and on that basis deny the
21    allegations of paragraph 35.

22    36.    In response to paragraph 36, Defendants admit that United States law
23    speaks for itself.

24    37.    Defendants admit that United States law speaks for itself.  Except as
25    specifically admitted, defendants deny the allegations of paragraph 37.

26    38.    Defendants admit that United States law speaks for itself.  Except as
27    specifically admitted, defendants deny the allegations of paragraph 38.

28    39.    Defendants admit that federal and Tennessee law speaks for itself.

4

1   Except as specifically admitted, defendants deny the allegations of paragraph 39.

2       40.    Defendants admit that United States law speaks for itself.  Except as
3   specifically admitted, defendants deny the allegations of paragraph 40.

4       41.    Defendants admit that United States law speaks for itself.  Except as
5   specifically admitted, defendants deny the allegations of paragraph 41.

6       42.    Defendants admit that state law speaks for itself.  Except as
7   specifically admitted, defendants deny the allegations of paragraph 42.

8       43.    Defendants admit that state law speaks for itself.  Except as
9   specifically admitted, defendants deny the allegations of paragraph 43.

10      44.    Defendants admit that state law speaks for itself.  Except as
11  specifically admitted, defendants deny the allegations of paragraph 44.

12      45.    Defendants admit that state law speaks for itself.  Except as
13  specifically admitted, defendants deny the allegations of paragraph 45.

14      46.    Defendants admit that state law speaks for itself.  Except as
15  specifically admitted, defendants deny the allegations of paragraph 46.

16      47.    Defendants admit that state law speaks for itself.  Except as
17  specifically admitted, defendants deny the allegations of paragraph 47.

18      48.    Defendants admit that state law speaks for itself.  Except as
19  specifically admitted, defendants deny the allegations of paragraph 48.

20      49.    Defendants admit that state law speaks for itself.  Except as
21  specifically admitted, defendants deny the allegations of paragraph 49.

22      50.    Defendants admit that state law speaks for itself.  Except as
23  specifically admitted, defendants deny the allegations of paragraph 50.

24      51.    Defendants admit that state law speaks for itself.  Except as
25  specifically admitted, defendants deny the allegations of paragraph 51.

26      52.    Defendants admit that state law speaks for itself.  Except as
27  specifically admitted, defendants deny the allegations of paragraph 52.

28      53.    Defendants admit that state law speaks for itself.  Except as

5

1  specifically admitted, defendants deny the allegations of paragraph 53.

2      54.    Defendants admit that state law speaks for itself.  Except as

3  specifically admitted, defendants deny the allegations of paragraph 54.

4      55.    Defendants admit that state law speaks for itself.  Except as

5  specifically admitted, defendants deny the allegations of paragraph 55.

6      56.    Defendants admit that state law speaks for itself.  Except as

7  specifically admitted, defendants deny the allegations of paragraph 56.

8      57.    Defendants admit that state law speaks for itself.  Except as

9  specifically admitted, defendants deny the allegations of paragraph 57, including

10  footnote 7.

11      58.    Defendants admit that state law speaks for itself.  Except as

12  specifically admitted, defendants deny the allegations of paragraph 58.

13      59.    Defendants admit that state law speaks for itself.  Except as

14  specifically admitted, defendants deny the allegations of paragraph 59.

15      60.    Defendants admit that state law speaks for itself.  Except as

16  specifically admitted, defendants deny the allegations of paragraph 60.

17      61.    Defendants admit that state law speaks for itself.  Except as

18  specifically admitted, defendants deny the allegations of paragraph 61.

19      62.    Defendants admit that state law speaks for itself.  Except as

20  specifically admitted, defendants deny the allegations of paragraph 62.

21      63.    Defendants admit that state law speaks for itself.  Except as

22  specifically admitted, defendants deny the allegations of paragraph 63.

23      64.    Defendants admit that state law speaks for itself.  Except as

24  specifically admitted, defendants deny the allegations of paragraph 64.

25      65.    Defendants admit that state law speaks for itself.  Except as

26  specifically admitted, defendants deny the allegations of paragraph 65.

27      66.    Defendants admit that state law speaks for itself.  Except as

28  specifically admitted, defendants deny the allegations of paragraph 66.

1    67.    Defendants admit that state law speaks for itself. Except as
2    specifically admitted, defendants deny the allegations of paragraph 67.

3    68.    Defendants admit that state law speaks for itself. Except as
4    specifically admitted, defendants deny the allegations of paragraph 68.

5    69.    Defendants admit that state law speaks for itself. Except as
6    specifically admitted, defendants deny the allegations of paragraph 69.

7    70.    Defendants admit that state law speaks for itself. Except as
8    specifically admitted, defendants deny the allegations of paragraph 70.

9    71.    Defendants admit that state law speaks for itself. Except as
10   specifically admitted, defendants deny the allegations of paragraph 71.

11   72.    Defendants admit that state law speaks for itself. Except as
12   specifically admitted, defendants deny the allegations of paragraph 72.

13   73.    Defendants admit that state law and the history of state law speak for
14   itself. Except as specifically admitted, defendants deny the allegations of paragraph
15   73.

16   74.    Defendants admit that state law speaks for itself. Except as
17   specifically admitted, defendants deny the allegations of paragraph 74.

18   75.    Defendants admit that state law speaks for itself. Except as
19   specifically admitted, defendants deny the allegations of paragraph 75.

20   76.    Defendants admit that state law speaks for itself. Except as
21   specifically admitted, defendants deny the allegations of paragraph 76.

22   77.    Defendants admit that state law speaks for itself. Except as
23   specifically admitted, defendants deny the allegations of paragraph 77.

24   78.    Defendants admit that state law speaks for itself. Except as
25   specifically admitted, defendants deny the allegations of paragraph 78.

26   79.    Defendants admit that state law speaks for itself. Except as
27   specifically admitted, defendants deny the allegations of paragraph 79.

28   80.    Defendants admit that state law speaks for itself. Except as

7

1   specifically admitted, defendants deny the allegations of paragraph 80.

2   81.   Defendants admit that state law speaks for itself.  Except as

3   specifically admitted, defendants deny the allegations of paragraph 81.

4   82.   Defendants lack sufficient knowledge or information to form a belief

5   as to the truth of the allegations in paragraph 82, and on that basis deny the

6   allegations of paragraph 82.

7   83.   Defendants admit that the Office of California Auditor's response to

8   plaintiff National Rifle Association (NRA) speaks for itself.  Except as specifically

9   admitted, defendants lack sufficient knowledge or information to form a belief as to

10  the truth of the remaining allegations in the last sentence of paragraph 83, and on

11  that basis deny the remaining allegations of paragraph 83.

12  84.   Defendants lack sufficient knowledge or information to form a belief

13  as to the truth of the allegations in paragraph 84, and on that basis deny the

14  allegations of paragraph 84.

15  85.   Defendants admit that the Assembly Budget Subcommittee on State

16  Administration's request speaks for itself.  Defendants lack sufficient knowledge or

17  information to form a belief as to the truth of the allegations on the remaining

18  allegations in paragraph 85, and on that basis deny the remaining allegations of

19  paragraph 85.

20  86.   Defendants admit that the Department of Justice's report submitted to

21  the Assembly Budget Subcommittee on State Administration speaks for itself.

22  Defendants lack sufficient knowledge or information to form a belief as to the truth

23  of the allegations on the remaining allegations in paragraph 86, and on that basis

24  deny the remaining allegations of paragraph 86.

25  87.   Defendants admit that the Office of Legislative Counsel's response

26  referenced in paragraph 87 speaks for itself.   Except as specifically admitted,

27  defendants deny the allegations of paragraph 87.

28  88.   Defendants admit that the Office of Legislative Counsel's response

8

1   referenced in paragraph 88 speaks for itself.   Except as specifically admitted,

2   defendants deny the allegations of paragraph 88.

3       89.    Defendants admit that the supplemental report referenced in paragraph

4   89 speaks for itself.   Except as specifically admitted, defendants deny the

5   allegations of paragraph 89.

6       90.    Defendants admit that state law speaks for itself.  Except as

7   specifically admitted, defendants deny the allegations of paragraph 90.

8       91.    Defendants admit that the Senate Committee on Public Safety, Bill

9   Analysis referenced in paragraph 91 and footnote 10 speaks for itself.   Except as

10  specifically admitted, defendants deny the allegations of paragraph 91.

11      92.    Defendants admit that the Senate Committee on Public Safety, Bill

12  Analysis referenced in paragraphs 91 and 92 and footnote 10 speaks for itself.

13  Except as specifically admitted, defendants deny the allegations of paragraph 92.

14      93.    Defendants admit that state law speaks for itself.  Except as

15  specifically admitted, defendants deny the allegations of paragraph 93.

16      94.    Defendants lack sufficient knowledge or information to form a belief

17  as to the truth of the allegations in paragraph 94 and footnote 11, and on that basis

18  deny the allegations of paragraph 94.

19      95.    Defendants admit that state law speaks for itself.  Except as

20  specifically admitted, defendants deny the allegations of paragraph 95.

21      96.    Defendants admit that state law speaks for itself.  Except as

22  specifically admitted, defendants deny the allegations of paragraph 96.

23      97.    Defendants admit that the Initial Statement of Reasons concerning

24  Proposed DROS Fee Regulations, referenced in paragraph 97 and footnote 12 speak

25  for itself.  Except as specifically admitted, defendants deny the allegations of

26  paragraph 97.

27      98.    Defendants deny the allegations in paragraph 98.

28      99. Defendants admit that plaintiff NRA's attorneys, Michel & Associates,

9

1  have filed numerous California Public Records Act requests with the Department of

2  Justice Bureau of Firearms.  Defendants lack sufficient knowledge or information

3  to form a belief as to the truth of the allegations regarding plaintiff NRA's timing or

4  motivation, or the remaining allegations referenced in paragraph 99, and on that

5  basis deny the remaining allegations of paragraph 99.

6      100.   Defendants admit that the Department of Justice has responded to

7  numerous California Public Records Act requests made by Michel & Associates.

8  Except as specifically admitted, defendants deny the allegations of paragraph 100.

9      101.   Defendants admit that the Department of Justice has provided

10  documents to Michel & Associates pursuant to numerous California Public Records

11  Act requests and that those documents speak for themselves.  Except as specifically

12  admitted, defendants deny the allegations of paragraph 101.

13      102.   Defendants admit that the Department of Justice responded to a

14  California Public Records Act request in 2011 made by Michel & Associates and

15  that response speaks for itself.  Except as specifically admitted, defendants deny the

16  allegations of paragraph 102.

17      103.   Defendants admit that state law speaks for itself.  Except as

18  specifically admitted, defendants deny the allegations of paragraph 103.

19      104.   Defendants deny the allegations in paragraph 104.

20      105.   Defendants admit that state law speaks for itself.  Except as

21  specifically admitted, defendants deny the allegations of paragraph 105.

22      106.   Defendants admit that state law speaks for itself.  Except as

23  specifically admitted, defendants deny the allegations of paragraph 106.

24      107.   Defendants admit that state law speaks for itself.  Except as

25  specifically admitted, defendants deny the allegations of paragraph 107.

26      108.   Defendants admit that state law speaks for itself.  Except as

27  specifically admitted, defendants deny the allegations of paragraph 108.

28      109.   Defendants admit that the Senate Rules Committee's Bill Analysis of

10

1   SB 52 referenced in paragraph 109 speaks for itself.  Except as specifically

2   admitted, defendants deny the allegations of paragraph 109.

3        110.   Defendants admit that the Senate Rules Committee's Bill Analysis of

4   SB 52 referenced in paragraph 110 speaks for itself.  Except as specifically

5   admitted, defendants deny the allegations of paragraph 110.

6        111.   Defendants admit that state law speaks for itself.  Except as

7   specifically admitted, defendants deny the allegations of paragraph 111.

8        112.   Defendants admit that state law speaks for itself.  Except as

9   specifically admitted, defendants deny the allegations of paragraph 112.

10       113.   Defendants admit that state law speaks for itself.  Except as

11   specifically admitted, defendants deny the allegations of paragraph 113.

12       114.   Defendants admit that state law speaks for itself.  Except as

13   specifically admitted, defendants deny the allegations of paragraph 114.

14       115.   Defendants admit that state law speaks for itself.  Except as

15   specifically admitted, defendants deny the allegations of paragraph 115.

16       116.   Defendants deny the allegations in paragraph 116.

17       117.   Defendants admit that state law speaks for itself.  Except as

18   specifically admitted, defendants deny the allegations of paragraph 117.

19       118.   Defendants deny the allegations in paragraph 118.

20       119.   Responding to paragraph 119, defendants incorporate herein by this

21   reference their responses to paragraphs 1 through 118, inclusive.

22       120.   Defendants lack sufficient knowledge or information to form a belief

23   as to the truth of the allegations in paragraph 120, and on that basis deny the

24   allegations of paragraph 120.

25       121.  Defendants admit that state law speaks for itself.  Except as specifically

26   admitted, defendants deny the allegations of paragraph 121.

27       122.   Defendants admit that United States law speaks for itself.  Except as

28   specifically admitted, defendants deny the allegations of paragraph 122.

11

1   123.   Defendants deny the allegations in paragraph 123.

2   124.   Defendants deny the allegations in paragraph 124.

3   125.   Defendants deny the allegations in paragraph 125.

4   126.   Defendants deny the allegations in paragraph 126.

5   127.   Defendants deny the allegations in paragraph 127.

6   128.   Defendants deny the allegations in paragraph 128.

7   129.   Defendants deny the allegations in paragraph 129.

8   130.   Defendants deny the allegations in paragraph 130.

9   131.   Defendants deny the allegations in paragraph 131.

10   132.   Defendants admit that state law speaks for itself.  Except as

11   specifically admitted, defendants deny the allegations of paragraph 132.

12   133.   Defendants admit that state law speaks for itself.  Except as

13   specifically admitted, defendants deny the allegations of paragraph 133.

14   134.   Defendants deny the allegations in paragraph 134.

15   135.   Defendants deny the allegations in paragraph 135.

16   136.   Defendants deny the allegations in paragraph 136.

17   137.   Defendants deny the allegations in paragraph 137.

18   138.   Defendants deny the allegations in paragraph 138.

19   139.   Defendants deny the allegations in paragraph 139.

20   140.   Defendants admit that Department of Justice statements speak for

21   themselves.  Except as specifically admitted, defendants deny the allegations of

22   paragraph 140.

23   141.   Defendants deny the allegations in paragraph 141.

24   142.   Defendants deny the allegations in paragraph 142.

25   143.   Defendants deny the allegations in paragraph 143.

26   144.   Defendants deny the allegations in paragraph 144.

27   145.   Defendants deny the allegations in paragraph 145.

28   146.   Defendants deny the allegations in paragraph 146.

12

1    147.   Defendants admit that state law speaks for itself.  Except as

2   specifically admitted, defendants deny the allegations of paragraph 147.

3    148.   Defendants deny the allegations in paragraph 148.

4    149.   Defendants deny the allegations in paragraph 149.

5    150.   Defendants deny the allegations in paragraph 150.

6    151.   Defendants deny the allegations in paragraph 151.

7    152.   Defendants deny the allegations in paragraph 152.

8    153.   Defendants deny the allegations in paragraph 153.

9    154.   Defendants deny the allegations in paragraph 154.

10    155.   Defendants deny the allegations in paragraph 155.

11    156.   Responding to paragraph 156, defendants incorporate herein by this

12   reference their responses to paragraphs 1 through 155, inclusive.

13    157.   Defendants deny the allegations in paragraph 157.

14    158.   Defendants deny the allegations in paragraph 158.

15    159.   Defendants deny the allegations in paragraph 159.

16    160.   Responding to paragraph 160, defendants incorporate herein by this

17   reference their responses to paragraphs 1 through 159, inclusive.

18    161.   Defendants deny the allegations in paragraph 161.

19    162.   Defendants deny the allegations in paragraph 162.

20                              **ADDITIONAL DEFENSES**

21                                        **ONE**

22    The First Amended Complaint, and each claim for relief therein, fails to state

23   facts sufficient to constitute a cause of action.

24                                        **TWO**

25    The defendants deny that they have subjected plaintiffs to the deprivation of

26   any rights, privileges or immunities secured by the Constitution or laws of the

27   United States or the State of California.

28                                       **THREE**

13

1    Plaintiffs' claims in this action are barred in that they do not have standing to

2    assert them.

## FOUR

4    There is no case or controversy in this action as required by Article III of the

5    United States Constitution.

## FIVE

7    Defendants affirmatively state that any actions they have taken with respect

8    to plaintiffs have been in good faith, have been reasonable and prudent, and have

9    been consistent with all applicable legal and constitutional standards.

## SIX

11    Plaintiffs' claims in this action are barred by the equitable doctrines of

12    waiver, laches, unclean hand, and/or estoppel.

## SEVEN

14    Plaintiffs' claims in this action are uncertain, vague, ambiguous, improper,

15    and unintelligible.

## EIGHT

17    The Eleventh Amendment bars part of or all of the relief requested by

18    plaintiffs.

19

20    ACCORDINGLY, the defendants pray as follows:

21    1.    That judgment be entered in favor of the defendants and against

22    plaintiffs on the First Amended Complaint as a whole, and on each cause of action

23    therein, and that plaintiffs take nothing by way of the First Amended Complaint;

24    2.    That the Amended Complaint, and each claim of relief therein, be

25    dismissed with prejudice;

26    3.    That the defendants be awarded the costs, expenses, and attorneys'

27    fees incurred in this action; and

28    4.    That the Court grant the defendants such additional relief as it deems

14

1    proper.

2

3

4

5

6    Dated:  March 8, 2012                    Respectfully submitted,

7                                             KAMALA D. HARRIS
                                              Attorney General of California
8                                             TAMAR PACHTER
                                              Supervising Deputy Attorney General

9

10

11                                            SUSAN K. SMITH
                                              Deputy Attorney General
12                                            *Attorneys for Defendants*
                                              *Attorney General Kamala D. Harris and*
13                                            *Chief of the Firearms Bureau Stephen*
                                              *Lindley in Their Official Capacities*

14   SA2011102315
     60743192.doc
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer to the First Amended Complaint By Defendants Attorney General Kamala D. Harris and Bureau of Firearms
Chief Stephen Lindley (1:11-cv-1440-LJO-MJS)

# CERTIFICATE OF SERVICE

Case Name: **Barry Bauer, et al. v. Kamala**          No.   **1:11-cv-1440-LJO-MJS**
**Harris, et al.**

I hereby certify that on March 8, 2012, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ANSWER TO THE FIRST AMENDED COMPLAINT BY DEFENDANTS ATTORNEY GENERAL KAMALA D. HARRIS AND BUREAU OF FIREARMS CHIEF STEPHEN LINDLEY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 8, 2012, at Los Angeles, California.

Rosa Macias
Declarant                               Signature

60743217.doc