C. D. Michel - S.B.N. 144258
Sean A. Brady - S.B.N. 262007
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO BRANCH COURTHOUSE

| | |
|---|---|
| BARRY BAUER, STEPHEN WARKENTIN, NICOLE FERRY, LELAND ADLEY, JEFFREY HACKER, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION, HERB BAUER SPORTING GOODS, INC., <br><br> Plaintiffs <br><br> vs. <br><br> KAMALA HARRIS, in Her Official Capacity as Attorney General For the State of California; STEPHEN LINDLEY, in His Official Capacity as Acting Chief for the California Department of Justice, and DOES 1-10, <br><br> Defendants. | CASE NO. 1:11-cv-01440-LJO-MJS <br><br> **STIPULATION FOR CONTINUANCE OF MOTION TO STAY HEARING DATE AND EXTEND ASSOCIATED DEADLINES AND ORDER** <br><br> (Fed. R. Civ. P. 6(b)(1)(A); Local Rules 144, 230(f)) |

## I.

## INTRODUCTION

The parties, Plaintiffs Barry Bauer, Stephen Warkentin, Nicole Ferry, Leland Adley, Jeffrey Hacker, National Rifle Association of America, Inc., California Rifle and Pistol Association Foundation, Herb Bauer Sporting Goods, Inc. (collectively "Plaintiffs") and Defendants Attorney General Kamala D. Harris and

1  Chief of the Firearms Bureau Stephen Lindley (collectively "Defendants"), through
2  their respective attorneys of record, hereby jointly stipulate to continue the date of
3  the hearing for Defendants' Motion to Stay and to extend the remaining deadlines
4  for moving papers related to that motion in accordance with the stipulated schedule
5  set forth herein.

## II.

### RECITALS/GROUNDS FOR RELIEF

8   WHEREAS, Plaintiffs filed their First Amended Complaint in this matter on
9  February 9, 2012;
10  WHEREAS, Defendants filed their Answer to Plaintiffs' First Amended
11 Complaint on March 8, 2012;
12  WHEREAS, Defendants filed a Motion to Stay Proceedings in this matter
13 pending the Ninth Circuit en banc panel's decision in *Nordyke v. King*, 664 F.3d
14 774 (9th Cir. 2011), on March 22, 2012;
15  WHEREAS, in that Motion to Stay, Defendants state they intend to file a
16 Motion for Judgment on the Pleadings but wish to see if the anticipated *Nordyke*
17 opinion affects their legal arguments in their motion;
18  WHEREAS, based on the oral arguments that occurred on March 19, 2012 in
19 *Nordyke*, Plaintiffs believe that the en banc panel's decision in *Nordyke* will likely
20 not address a standard of review and all parties believe that the decision will likely
21 be issued soon;
22  WHEREAS, all parties to this action likewise seek to keep the costs of
23 litigation low;
24  WHEREAS, all parties wish to conserve judicial time and resources;
25  WHEREAS, Local Rule 144(a) of this Court allows a 28-day extension of
26 time for responding to complaints and certain other documents, but states that "[a]ll
27 other extensions of time must be approved by the Court";
28  WHEREAS, FRCP 6(b)(1)(A) allows for the extension of time for good cause,
"with or without motion or notice if the court acts, or if a request is made, before

the original time or its extension expires";

WHEREAS, no party has obtained an extension of time relating to any matter for which this extension is sought;

AND WHEREAS, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

1. The hearing on Defendants' Motion to Stay shall be moved to Monday, May 25, 2012.

2. Plaintiffs' Response to Defendants' Motion to Stay shall be due on or before April 23, 2012.

3. Defendants Reply in support of their Motion shall be due on or before May 7, 2012.

The parties hereby jointly request that this Court grant the relief sought by this stipulation.

Dated: April 2, 2012               **MICHEL & ASSOCIATES, P.C.**

/s/ C. D. Michel
C. D. Michel
Attorney for Plaintiffs

Dated: April 2, 2012               **Deputy Attorney General**

/s/ Susan K. Smith
Susan K. Smith
(as approved on 4/2/12)
Attorney for Defendants

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   April 3, 2012         /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE