C. D. Michel - S.B.N. 144258
Sean A. Brady - S.B.N. 262007
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN   DISTRICT OF CALIFORNIA

FRESNO BRANCH COURTHOUSE

| | |
|---|---|
| BARRY BAUER, STEPHEN WARKENTIN, NICOLE FERRY, LELAND ADLEY, JEFFREY HACKER, NATIONAL   RIFLE ASSOCIATION OF AMERICA, INC.,   CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION, HERB BAUER SPORTING GOODS, INC., <br><br>Plaintiffs<br><br>vs.<br><br>KAMALA HARRIS, in Her Official Capacity as Attorney General For the State of California; STEPHEN LINDLEY, in His Official Capacity as Acting Chief for the California Department of Justice, and DOES 1-10,<br><br>Defendants. | CASE NO. 1:11-cv-01440-LJO-MJS<br><br>**STIPULATION FOR CONTINUANCE OF MOTION TO STAY HEARING DATE AND EXTEND ASSOCIATED DEADLINES**<br><br>**AND**<br><br>**ORDER THEREON**<br><br>(Fed. R. Civ. P. 6(b)(1)(A); Local Rules 144, 230(f)) |

09-CV-2371 IEG (BGS)

## I.

## INTRODUCTION

The parties, Plaintiffs Barry Bauer, Stephen Warkentin, Nicole Ferry, Leland Adley, Jeffrey Hacker, National Rifle Association of America, Inc., California Rifle and Pistol Association Foundation, Herb Bauer Sporting Goods, Inc. (collectively "Plaintiffs") and Defendants Attorney General Kamala D. Harris and Chief of the Firearms Bureau Stephen Lindley (collectively "Defendants"), through their respective attorneys of record, hereby jointly stipulate to continue the date of the hearing for Defendants' Motion to Stay and to extend the remaining deadlines for moving papers related to that motion in accordance with the stipulated schedule set forth herein.

## II.

## RECITALS/GROUNDS FOR RELIEF

WHEREAS, Defendants filed a Motion to Stay Proceedings in this matter pending the Ninth Circuit en banc panel's decision in *Nordyke v. King*, 664 F.3d 774 (9th Cir. 2011), on March 22, 2012;

WHEREAS, in that motion, Defendants state they intend to file a motion for judgment on the pleadings but wish to see if the anticipated *Nordyke* opinion affects their legal arguments in their motion;

WHEREAS, based on the oral arguments that occurred on March 19, 2012 in *Nordyke*, all parties to this action filed a joint stipulation on April 2, 2012, asking this court to continue the hearing date on Defendants's motion to stay, as well as all deadlines associated therewith, as follows:

1. The hearing on Defendants' Motion to Stay shall be moved to Monday, May 25, 2012.

2. Plaintiffs' Response to Defendants' Motion to Stay shall be due on or before April 23, 2012.

3. Defendants Reply in support of their Motion shall be due on or before

2

STIPULATION FOR CONTINUANCE OF MOTION TO STAY HEARING DATE

May 7, 2012.

WHEREAS, this Court issued an Order accepting the parties' proposed dates in their stipulation on January 11, 2012.

WHEREAS, since this Court's acceptance of the parties' referenced stipulation, the en banc panel in *Nordyke* issued an order on April 4, 2012, deferring submission of the case for 45 days (i.e., May 19) and referring the parties to the Circuit Mediation Office for mediation in the hopes of settlement of the controversy *Nordyke v. King*, 2012 WL1110131 (April 4, 2012) (No. 07-15763).

WHEREAS, all parties to this action seek to keep the costs of litigation low;

WHEREAS, all parties likewise wish to conserve judicial time and resources;

WHEREAS, all parties believe there is more benefit than burden to this Court and parties by awaiting the 45-day deference of *Nordyke*'s submission to see if Defendants' Motion to Stay does not need to be litigated by a possible disposition of *Nordyke* at that time, all parties believe it is in the interest of judicial economy and conservation of the parties' resources to again continue the hearing date on Defendants' Motion to Stay and filing dates related thereto until after the 45-day deference of *Nordyke*'s submission;

WHEREAS, Local Rule 144(a) of this Court allows a 28-day extension of time for responding to complaints and certain other documents, but states that "[a]ll other extensions of time must be approved by the Court";

WHEREAS, FRCP 6(b)(1)(A) allows for the extension of time for good cause, "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires";

3

STIPULATION FOR CONTINUANCE OF MOTION TO STAY HEARING DATE

AND WHEREAS, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

4. The hearing on Defendants' Motion to Stay shall be moved to Friday, June 22, 2012.

5. Plaintiffs' Response to Defendants' Motion to Stay shall be due on or before June 8, 2012.

6. Defendants Reply in support of their Motion shall be due on or before June 15, 2012.

The parties hereby jointly request that this Court grant the relief sought by this stipulation.

Dated: April 20, 2012                    **MICHEL & ASSOCIATES, P.C.**

                                                          /s/ C. D. Michel
                                                          C. D. Michel

Dated: April 20, 2012                    **Deputy Attorney General**

                                                          /s/ Susan K. Smith

## **ORDER**

Good cause appearing, the Parties' Stipulation is accepted and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:    April 20, 2012                    /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR CONTINUANCE OF MOTION TO STAY HEARING DATE