1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BAUER ET AL., | ) |
| | ) 1:11-CV-1440-LJO  MJS |
| Plaintiff, | ) |
| | ) SCHEDULING ORDER (Fed. R. Civ. P. 16) |
| v. | ) |
| | ) Initial Rule 26 Disclosures: 7/11/2012 |
| KAMALA HARRIS, ET AL., | ) Discovery Deadlines: |
| | )     Non-Expert: 2/27/2013 |
| Defendant. | )     Expert: 6/27/2013 |
| | ) |
| | ) Motion Deadlines: |
| | )     Non-Dispositive: |
| | )         Filing: 6/27/2013 |
| | )         Hearing: TBD |

            Dispositive:
                Filing: 8/16/2013
                Hearing: 10/1/2013 at
                8:15 a.m.
                Courtroom 4 (LJO)

        Pretrial Conference:
                11/14/2013 at 8:15 a.m.
                Courtroom 4 (LJO)
        Trial:
                1/28/2014 at 8:30 a.m.
                Courtroom 4 (LJO)
                5 day
                Jury Requested

1

### I. Date of Scheduling Conference

A telephonic Scheduling Conference was held at 11:00 a.m. on August 9, 2012

### II. Appearances of Counsel

Sean A Brady, appeared on behalf of Plaintiff.

Anthony Hakl, appeared on behalf of Defendant.

### III. Consent to Magistrate Judge

The parties do not currently consent to the jurisdiction of a U.S. Magistrate Judge for all purposes.

### IV. Pleading Amendment Deadline

Absent circumstances not presently capable of being anticipated, Motions, if any, for leave to amend pleadings are to be filed on or before September 15, 2012.

### V. Discovery

#### A. Initial Disclosures

The parties are ordered to exchange the initial disclosure required by Fed .R. Civ. P. 26(a)(1) on or before July 11, 2012.

#### B. Discovery Cut off

The parties are ordered to complete all discovery pertaining to non-experts on or before February 27, 2013 , and all discovery pertaining to experts on or before June 27, 2013.

#### C. Expert Disclosures and Discovery

The parties are directed to disclose all expert witnesses, in writing, simultaneously on or before April 1, 2013.  Each party will then have until May 1, 2013, to supplement the disclosure with disclosure of rebuttal experts. The written designation of experts shall be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.  Failure to designate experts in compliance

2

with this order may result in the Court excluding the testimony or other evidence offered through experts not disclosed pursuant to this order.

The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions.  Experts must be fully prepared to be examined on all subjects and opinions included in the designation.  Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

### D. Miscellaneous

The parties' stipulation to modify discovery limitations as follows is approved, and it is therefore ORDERED:

1. Plaintiffs, collectively, and Defendants, collectively, may propound up to one hundred interrogatories, including all subparts, in the aggregate, on the opposing side;

2. Each party will have up to forty-five days to respond to written interrogatories, requests for admissions and requests for production of documents; the parties may by agreement extend this time further without further order of the Court; and,

3. Except as otherwise provided herein or upon further order of the Court, the provisions of the Federal Rules of Civil Procedure and  the Local Rules of this Court and the Yosemite Magistrate Judge shall govern all discovery procedures.

The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement disclosures and responses to discovery requests will be strictly enforced.

**VI.     Pre-Trial Motion Schedule**

      A.     **Non-Dispositive Pre-Trial Motions.**

All non-dispositive pre-trial motions, including any discovery motions, shall be filed no later than June 27, 2013.   Non-dispositive motions are heard on the second and fourth Fridays at 9:30 a.m., in Courtroom 6,  before the Honorable Michael J. Seng, United States Magistrate Judge.

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(3).  However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

Counsel may appear and argue non-dispositive motions by telephone providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before the noticed hearing date.  In the event that more than one attorney requests to appear by telephone then it shall be the obligation of the moving party(ies) to arrange and originate a conference call to the court.

      B.     **Discovery Motions**

**No written discovery motion may be noticed or set for hearing before Magistrate Judge Michael J. Seng without his prior approval.**

A party with a discovery dispute shall confer with opposing counsel in a good faith effort to resolve the dispute without court action.  If such effort fails, the moving party shall, prior to filing a notice of motion, contact  Courtroom Deputy, Laurie Yu at lyu@caed.uscourts.gov to request a pre-motion telephone conference with the Magistrate Judge. The request shall be deemed to include a professional representation by the requesting lawyer that a good faith effort  to resolve the dispute took place but failed, and it shall advise the Court of dates and times in the next ten day period when any concerned party will be available to confer regarding the dispute. Once a conference date is assigned the parties shall each email a **one page** summary

of the issues in dispute to mjsorders@caed.uscourts.gov.

The Court will issue a minute order advising counsel of the time and date of the telephone conference. The parties shall make reservations to appear through Court Call. No recording of the conference shall take place except with prior permission of the Court.

If the Magistrate Judge decides that motion papers and supporting memoranda are needed to satisfactorily resolve the dispute, he shall approve the filing of a written motion filed in conformity with Local Rule 251(a). (The provisions of local Rule 251 (b) through (f) will not apply unless the Magistrate Judge so orders.) Such motion shall, without limitation, (1) quote in full each interrogatory, deposition question, request for admission, or request for production in dispute and (2) the response or objection and grounds therefor as stated by the opposing party.

Unless otherwise ordered by the Court, deposition transcripts or discovery papers shall not be lodged or filed with the Court.

### C.     Dispositive Pre-Trial Motions

All dispositive pre-trial motions shall be filed no later than August 16, 2013 and heard not later than October 1, 2013, in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States District Court Judge. In scheduling such motions, counsel shall comply with Fed.R.Civ.P 56 and Local Rules 230 and 260.

### D.     Motions for Summary Judgment or Summary Adjudication

Prior to filing a motion for summary judgment or motion for summary adjudication the parties are ORDERED to meet, in person or by telephone, and confer to discuss the issues to be raised in the motion.

The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the

possibility of settlement before the parties incur the expense of briefing a summary judgment motion; 6) to arrive at a joint statement of undisputed facts.

The moving party shall initiate the meeting and provide a draft of the joint statement of undisputed facts. **In addition to the requirements of Local Rule 260 the moving party shall file a <u>joint statement</u> of undisputed facts**.

In the notice of motion the moving party shall certify that the parties have met and conferred as ordered above or set forth a statement of good cause for the failure to meet and confer.

### VII.   Pre-Trial Conference Date

A Pre-Trial Conference will be held November 14, 2013 at 8:15 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States district Judge.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2).** The parties are further directed to submit a digital copy of their pretrial statement in Word Perfect X4[1] format, directly to Judge O'Neill's chambers by email at ljoorders@caed.uscourts.gov.

Counsels' attention is directed to Rules 281 and 282 of the Local Rules of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

### VIII.   Trial

A Trial shall commence January 28, 2014 at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neil, United States District Court Judge.

---

[1] If WordPerfect X4 is not available to the parties then the latest version of WordPerfect available to the parties or any other word processing program in general use for IBM compatible personal computers is acceptable.

6

      A.     Each party reserves the right to trial by jury to whatever extent that right may exist in this case..

      B.     The parties estimate that trial, if necessary after dispositive motions are resolved, will last up to five days.

      C.     Counsel's attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

**IX.**    **Settlement Conference**

Should the parties desire a settlement conference, they will jointly request one and the Court will arrange it. In making such request, the parties are directed to notify the court as to whether or not they desire the undersigned to conduct the settlement conference or to arrange for one before another judicial officer.

**X.**    **Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

The parties do not request bifurcation. However, they give joint notice that the scope of ongoing litigation may be affected by rulings on an expected motion(s) to determine the scope of review.

Additionally, the parties anticipate that rulings on cross-motions for summary judgements or other dispositive motions may obviate the need for trial.

**XI.**    **Related Matters**

There are no pending related matters.

**XII.**    **Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil

1 Procedure and the Local Rules of Practice for the Eastern District of California.

**XIII.** **Effect of this Order**

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Except as otherwise provided herein, stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: August 10, 2012              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE