C. D. Michel - S.B.N. 144258
Sean A. Brady - S.B.N. 262007
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO BRANCH COURTHOUSE

| | |
|---|---|
| BARRY BAUER, STEPHEN WARKENTIN, NICOLE FERRY, JEFFREY HACKER, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CRPA FOUNDATION, HERB BAUER SPORTING GOODS, INC., <br><br>                Plaintiffs. <br>           vs. <br><br> KAMALA HARRIS, in Her Official Capacity as Attorney General for the State of California; STEPHEN LINDLEY, in His Official Capacity as Acting Chief for the California Department of Justice, and DOES 1-10, <br><br>                Defendants. | CASE NO. CV 11-01440 LJO-MJS <br><br> **JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** |

Pursuant to Local Rule 144 and Federal Rule of Civil Procedure Rule 6, the parties in the above-captioned matter submit this joint motion to extend the deadline for filing dispositive motions under the current Scheduling Order by 45 days, from December 19,