C. D. Michel - S.B.N. 144258
Sean A. Brady - S.B.N. 262007
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO BRANCH COURTHOUSE

| | |
|---|---|
| BARRY BAUER, STEPHEN WARKENTIN, NICOLE FERRY, JEFFREY HACKER, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CRPA FOUNDATION, HERB BAUER SPORTING GOODS, INC.,<br><br>Plaintiffs.<br><br>vs.<br><br>KAMALA HARRIS, in Her Official Capacity as Attorney General for the State of California; STEPHEN LINDLEY, in His Official Capacity as Acting Chief for the California Department of Justice, and DOES 1-10,<br><br>Defendants. | CASE NO.: CV 11-01440-LJO-MJS<br><br>**DECLARATION OF SEAN A. BRADY IN SUPPORT OF JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** |

## DECLARATION OF SEAN A. BRADY

I, Sean A. Brady, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before the United States District Court for the Eastern District of California. I am an Associate attorney at Michel & Associates, P.C., attorneys for record for Plaintiffs. I am familiar with the facts and pleadings herein. The following is within my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. Pursuant to Section VI-D of the Scheduling Order, I met and conferred with counsel for the Defendants, Mr. Anthony Hakl, via telephone on December 12, 2014.

3. I am certain that my office will file a motion for summary judgment on Plaintiffs' behalf.

4. Through my discussions with Mr. Hakl, it is my understanding that his office will file a separate motion for summary judgment on Defendants' behalf.

5. Having met and conferred with Mr. Hakl via telephone on or about December 12, 2014, both Plaintiffs and Defendants agree that there are no disputes over material facts that would require a trial. For that reason, Plaintiffs and Defendants also agree that the trial date should be vacated and taken off calendar.

6. As well as being the responsible attorney in the representation of Plaintiffs in this case, I serve as the responsible attorney in the Ninth Circuit case, *Peruta v. County of San Diego*, No.10-56971.

7. I recently received two separate court orders issued by the Ninth Circuit that require me to prepare and file two briefs on or before December 24, 2014, in the *Peruta* case.

8. On February 13, 2014, the *Peruta* appellants prevailed in their appeal. Although the appellees chose not to seek en banc review, three non-parties (Attorney General Kamal Harris, on behalf of the State of California, The Brady Campaign to Prevent Gun Violence, and Amici Curiae California Police Chiefs Association and California Peace Officers Association) separately made efforts to intervene and/or petition for rehearing en banc on or about February 26, 2014. Those petitions were denied on November 12, 2014.

9. On November 26, 2014, the state of California filed a petition for en banc rehearing of the denial of the State's motion to intervene in *Peruta*.

10. On November 26, 2014, the Brady Campaign to Prevent Gun Violence moved to join the State's petition for rehearing of the denial of the State's motion to intervene in *Peruta*.

11. On December 3, 2014, the Ninth Circuit issued an order demanding from the *Peruta* parties, including my clients, a response to the Attorney General's petition for en banc rehearing regarding the denial of the State's motion to intervene by December 24, 2014.

12. On December 3, 2014, the Ninth Circuit issued a separate order informing the *Peruta* parties of a *sua sponte* call for a vote for en banc rehearing on the merits and

ordering the parties, including my clients, to file simultaneous briefing no later than December 24, 2014.

13. In *Peruta*, I must now file both the response to California's petition for en banc rehearing of the denial of the State's motion to intervene and a brief regarding the *sua sponte* call for en banc rehearing on or before December 24, 2014.

14. Drafting the separate statement of undisputed facts to streamline the resolution of this case has taken a substantial amount of time. As a result, more time is required for the parties to prepare motions for summary judgment.

15. The parties do not anticipate seeking any further extensions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of December 2014, at Long Beach, California.

_____
Sean A. Brady
Declarant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO BRANCH COURTHOUSE

| | |
|---|---|
| BARRY BAUER, STEPHEN WARKENTIN, NICOLE FERRY, JEFFREY HACKER, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CRPA FOUNDATION, HERB BAUER SPORTING GOODS, INC., <br>            Plaintiffs. <br>vs. <br><br>KAMALA HARRIS, in Her Official Capacity as Attorney General for the State of California; STEPHEN LINDLEY, in His Official Capacity as Acting Chief for the California Department of Justice, and DOES 1-10, <br>            Defendants. | CASE NO. 1:11-cv-01440-LJO-MJS <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of: **DECLARATION OF SEAN A. BRADY IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR FILING DISPOSITIVE MOTIONS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Anthony R. Hakl, Deputy Attorney General
Office of the Attorney General
1300 I Street, Suite 125
Sacramento, CA 94244

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2014.

                                     _C.D. Michel_
                                     C.D. Michel
                                     Attorney for Plaintiffs