**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO BRANCH COURTHOUSE**

| BARRY BAUER, STEPHEN WARKENTIN, NICOLE FERRY, JEFFREY HACKER, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CRPA FOUNDATION, HERB BAUER SPORTING GOODS, INC., | ) CASE NO.: CV 11-01440 LJO-MJS<br>)<br>) **[*PROPOSED*] ORDER GRANTING**<br>) **JOINT MOTION TO EXTEND TIME**<br>) **TO FILE DISPOSITIVE MOTIONS** |
|---|---|
| Plaintiffs, | |
| v. | |
| KAMALA HARRIS, in her official capacity as Attorney General for the State of California; STEPHEN LINDLEY, in his official capacity as Acting Chief for the California Department of Justice, and DOES 1-10, | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE and in accordance with the Parties' Joint Motion to Extend Time to File Dispositive Motions, IT IS HEREBY ORDERED THAT:

1. All dispositive pre-trial motions shall be filed no later than February 2, 2015;

2. Alternatively, all dispositive pre-trial motions shall be filed no later than January 18, 2015, or _____; and

3. The currently scheduled trial dates are hereby vacated and ordered to be removed from calendar.

The Court further orders as follows:

_____

_____

Dated: _____    _____
United States Magistrate Judge