IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO BRANCH COURTHOUSE

| | |
|---|---|
| BARRY BAUER, STEPHEN WARKENTIN, NICOLE FERRY, JEFFREY HACKER, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CRPA FOUNDATION, HERB BAUER SPORTING GOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA HARRIS, in her official capacity as Attorney General for the State of California; STEPHEN LINDLEY, in his official capacity as Acting Chief for the California Department of Justice, and DOES 1-10, <br><br> Defendants. | CASE NO.: CV 11-01440 LJO-MJS <br><br> ORDER GRANTING JOINT *AMENDED* MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS (Docs. 48 & 49) |

Having reviewed the parties' joint amended motion to extend time to file dispositive motions (Doc. 49), the Court rules as follows:

1. The amended motion, Doc. 49, moots the original motion, Doc. 48, which shall be administratively terminated.

2. All dispositive pre-trial motions shall be filed no later than **January 18, 2015**; and

3. Upon review of the anticipated cross motions for summary judgment, the Court will consider vacating the pretrial conference and trial dates if and only if the parties' filings confirm that no disputes of fact exist and that the matter can be resolved without the need for a trial.

IT IS SO ORDERED.

Dated:   **December 15, 2014**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1